UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEITH BARRY ROBERTS,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>MAGGIE MILLER-STOUT,<br><br>　　　　Respondent. | NO.  CV-06-289-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND TRANSFERRING CASE TO NINTH CIRCUIT COURT OF APPEALS |

　　　Magistrate Judge Imbrogno filed a Report and Recommendation on November 3, 2006, recommending Mr. Roberts's habeas corpus petition be transferred to the Ninth Circuit Court of Appeals as this is Petitioner's second habeas petition challenging his 2000 Grant County convictions.  There being no objections, the court **ADOPTS** the Report and Recommendation.

　　　Accordingly, **IT IS ORDERED** this case is **TRANSFERRED** to the Ninth Circuit Court of Appeals, pursuant to 28 U.S.C. § 1631 and Ninth Circuit Rule 22-3(a).

　　　Petitioner is advised this transfer does not of itself constitute compliance with § 2244(b)(3) and Ninth Circuit Rule 22-3; he must still file an application for leave to proceed in the Court of Appeals and make the showing required by § 2244(b)(2).  Petitioner is directed

ORDER ADOPTING REPORT AND RECOMMENDATION AND TRANSFERRING CASE TO NINTH CIRCUIT COURT OF APPEALS -- 1

to consult this statute and Ninth Circuit Rule 22-3 for further information.

**IT IS SO ORDERED**.  The District Court Executive is directed to transfer all original documents to the Ninth Circuit Court of Appeals. The District Court Executive shall, however, retain a copy of the petition and of this Order in the file.  The District Court Executive is further directed to enter this Order and forward a copy to Petitioner and close the file.

**DATED** this  8th  day of December, 2006.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION AND TRANSFERRING CASE TO NINTH CIRCUIT COURT OF APPEALS -- 2